IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HOPE FAIR HOUSING CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 17 CV 1360 |
| v. | ) | |
| | ) | Hon. Joe Billy McDade |
| CITY OF PEORIA, ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO DISMISS FOR LACK OF STANDING

Defendant City of Peoria, Illinois ("Peoria" or the "City"), through its attorneys, respectfully requests this Court to dismiss the Complaint filed by Plaintiff HOPE Fair Housing Center ("HOPE") (properly, H.O.P.E., Inc.), pursuant to Federal Rule of Civil Procedure 12(b)(1). Rather than alleging injury sufficient to satisfy the standing requirement, HOPE's Complaint makes it clear that HOPE's only interest in the Peoria ordinance that is being challenged is an ideological opposition that it has to the "hundreds" of similar such ordinances throughout the country. For this reason, and for the reasons set forth in more detail in the supporting memorandum filed herewith. Plaintiff's Complaint should be dismissed.

Date: September 5, 2017

Respectfully Submitted By,

DEFENDANT CITY OF PEORIA, ILLINOIS

/s/ Stephanie D. Jones
One of Their Attorneys

James R. Figliulo
Stephanie D. Jones
FIGLIULO & SILVERMAN, PC
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Phone: 312-251-4600
Fax: 312-251-4610
jfigliulo@fslegal.com
sjones@fslegal.com

CERTIFICATE OF SERVICE

The undersigned attorney states that she caused a copy of this DEFENDANT'S MOTION TO DISMISS FOR LACK OF STANDING and DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF STANDING to be served upon all counsel of record via the United States District Court's ECF Filing Notification System on September 5, 2017.

/s/ Stephanie D. Jones